UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20014-CIV-ALTONAGA/Damian

**PAN OCEAN CO., LTD.**,

    Plaintiff,

vs.

**WORLD FUEL SERVICES
(SINGAPORE) PTE, LTD.**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court on *sua sponte*. Plaintiff, Pan Ocean Co., Ltd. filed its Complaint [ECF No. 1] on January 3, 2023. Summons [ECF No. 3] issued as to Defendant, World Fuel Services (Singapore) PTE, LTD., based in Singapore, on January 4, 2023. The Court retains "broad discretion over the management of pre-trial activities, including discovery and scheduling." *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001) (citations omitted). To conserve the parties' and judicial resources, it is

**ORDERED** that the that the Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only. The Court nonetheless retains jurisdiction over the litigation. The case shall be restored to the active docket once Plaintiff, Pan Ocean Co., Ltd. files proof of service on the foreign Defendant.

**DONE AND ORDERED** in Miami, Florida, this 13th day of January, 2023.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record