UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO.  1:23-cv-20014-CMA

PAN OCEAN CO., LTD.

    Plaintiff,

vs.

WORLD FUEL SERVICES (SINGAPORE) PTE, LTD.,

    Defendant

_____/

**WAIVER OF SERVICE OF SUMMONS**

To:    Eric Thiel
       BANKER LOPEZ GASSLER P.A.
       501 E. Kennedy Blvd., Suite 1700
       Tampa, FL 33602
       Phone:  813-221-1500
       Fax:  813-222-3066
       Email:  service-ethiel@bankerlopez.com

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 90 days from January 17, 2023, the date of the request. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: <u>March 31, 2023</u>

<u>/s/Brian Lechich</u>
   (Signature)

Name:  <u>Brian Lechich, Esq., of Homer Bonn Jacobs Ortiz, P.A.</u>
   (Printed/Typed)

 as  <u>Counsel</u>

 of  <u>WORLD FUEL SERVICES (SINGAPORE) PTE, LTD.</u>