IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division
IN ADMIRALTY

Case No. 23-cv-20014-CMA

PAN OCEAN CO., LTD.,

    Plaintiff,

vs.

WORLD FUEL SERVICES (SINGAPORE) PTE, LTD.,

    Defendant.

_____ /

**<u>NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT</u>**

    Brian Lechich of the law firm of Homer Bonner Jacobs Ortiz, P.A. files this notice of appearance as attorney of record for Defendant World Fuel Services (Singapore) PTE, Ltd. Brian Lechich is admitted to practice in this Court.

1

Dated: April 14, 2023

Respectfully submitted:

HomeR BonneR

Attorneys for Defendant
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5100
Fax: (305) 372-2738

By:  /s/Brian Lechich
    Kevin P. Jacobs, Esq.
    Email: kjacobs@homerbonner.com
    Florida Bar No. 169821
    Brian Lechich, Esq.
    Email: blechich@homerbonner.com
    Florida Bar No.: 84419

2

HomeR BonneR Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com