UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20014-CIV-ALTONAGA/Damian

PAN OCEAN CO., LTD.,

    Plaintiff,
v.

WORLD FUEL SERVICES
(SINGAPORE) PTE, LTD.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On April 5, 2023, the Court entered an Order Requiring Scheduling Report and Certificates of Interested Parties [ECF No. 6] that obligated the parties to submit a joint scheduling report, certificates of interested parties, and corporate disclosure statements by April 28, 2023. (*See id.*). To date, Plaintiff has failed to submit a certificate of interested parties or corporate disclosure statement and has not requested additional time to comply. Accordingly, it is

**ORDERED** that Plaintiff shall submit a certificate of interested parties and corporate disclosure statement by **May 2, 2023**. In its written submission, Plaintiff shall explain why it failed to comply, necessitating this second Order.

**DONE AND ORDERED** in Miami, Florida, this 1st day of May, 2023.

                                                                                 _____
                                                                                 **CECILIA M. ALTONAGA**
                                                                                 **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record