IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division
IN ADMIRALTY

| | |
|---|---|
| PAN OCEAN CO., LTD.,<br><br>      Plaintiff,<br><br>vs.<br><br>WORLD FUEL SERVICES (SINGAPORE) PTE, LTD.,<br><br>      Defendant. | Case No. 23-cv-20014-CMA |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

Andrew Vitali, III of the law firm of Homer Bonner Jacobs Ortiz, P.A. files this notice of appearance as attorney of record for Defendant World Fuel Services (Singapore) PTE, Ltd. Andrew Vitali, III is admitted to practice in this Court.

Dated: August 18, 2023

                                          Respectfully submitted:

                                          Homer Bonner

                                          Attorneys for Defendant WFS
                                          1200 Four Seasons Tower
                                          1441 Brickell Avenue
                                          Miami Florida 33131
                                          Phone: (305) 350-5100
                                          Fax: (305) 372-2738

                                        By:   */s/Andrew Vitali*
                                                     Andrew Vitali, III, Esq.
                                                     Email: avitali@homerbonner.com
                                                     Florida Bar No. 57828