**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**IN ADMIRALTY**

| | |
|---|---|
| PAN OCEAN CO., LTD.,<br><br>            Plaintiff,<br><br>      vs.<br><br>WORLD FUEL SERVICES (SINGAPORE) PTE, LTD.,<br><br>            Defendant. | Case No. 23-cv-20014-CMA |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Brian Lechich, respectfully requests that, effective August 25, 2023, his appearance as counsel of record for Defendant World Fuel Services (Singapore) Pte, Ltd. ("WFS") be withdrawn. WFS is still represented by Kevin P. Jacobs and Andrew Vitali of Homer Bonner Jacobs Ortiz, P.A., and may be contacted at their address, phone number, and email addresses provided below. All pleadings, notices, orders, correspondence, and other papers in connection with the above-captioned action will continue to be served on WFS's other counsel, Kevin P. Jacobs and Andrew Vitali.

Attached to this motion is a proposed order granting the requested withdrawal as required by Local Rule 7.1(a)(1)(F).

## **LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL**

I hereby certify that on August 21, 2023, the undersigned counsel conferred via email with counsel for Plaintiff Pan Ocean Co., Ltd., who advised that Plaintiff does not object to the relief sought in this motion.

Dated: August 24, 2023

        Respectfully submitted:

HomeR BonneR

Attorneys for Defendant WFS
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5100
Fax: (305) 372-2738

By:   /s/Brian Lechich
      Kevin P. Jacobs, Esq.
      Email: kjacobs@homerbonner.com
      Florida Bar No. 169821
      Andrew Vitali, Esq.
      Email: avitali@homerbonner.com
      Florida Bar No. 57828
      Brian Lechich, Esq.
      Email: blechich@homerbonner.com
      Florida Bar No. 84419