UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20014-CIV-ALTONAGA/Damian

PAN OCEAN CO., LTD.,

    Plaintiff,
v.

WORLD FUEL SERVICES
(SINGAPORE) PTE, LTD.,

    Defendant.
_____/

### ORDER

**THIS CAUSE** is before the Court *sua sponte*. On May 23, 2023, the Court entered an Order Scheduling Mediation [ECF No. 22], setting an October 5, 2023 date for mediation and requiring the parties to file a mediation report by October 12, 2023. (*See id.* 1). To date, no mediation report has been filed, and the parties have not requested an extension of time to do so. Accordingly, it is

**ORDERED** that by **October 16, 2023**, the parties shall submit either a mediation report indicating the results of the October 5, 2023 mediation conference or a proposed order rescheduling mediation if the mediation conference was cancelled. Failure to comply may result in dismissal of the case without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 13th day of October, 2023.

    _____
    CECILIA M. ALTONAGA
    CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record