**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 23-cv-20014-ALTONAGA/DAMIAN

PAN OCEAN CO., LTD,

     Plaintiff,

vs.

WORLD FUEL SERVICES
(SINGAPORE) PTE, LTD.,

     Defendant.

_____/

## ORDER FOLLOWING DISCOVERY HEARING

THIS CAUSE is before the Court on Defendant, World Fuel Services (Singapore) PTE, LTD's ("Defendant"), Discovery Memorandum, filed October 6, 2023 [ECF No. 39], Plaintiff, Pan Ocean Co., LTD's ("Plaintiff" or "Pan Ocean"), Memorandum for a Protective Order, filed October 12, 2023 [ECF No. 41], Defendant's *Ore Tenus* Motion to Compel, asserted October 12, 2023 [ECF No. 44], and Plaintiff's *Ore Tenus* Motion for a Protective Order, asserted October 12, 2023 [ECF No. 45].

THE COURT has reviewed the Discovery Memorandum, the Memorandum for Protective Order, and the pertinent portions of the record, and is otherwise fully advised in the premises. The Court also heard from the parties, through their counsel, at a Zoom Discovery Hearing on October 12, 2023 [ECF No. 42], during which all of the foregoing were addressed. For the reasons stated and further detailed on the record during the hearing, it is hereby

**ORDERED AND ADJUDGED** that the relief requested in Defendant's Discovery Memorandum [ECF No. 39] and *Ore Tenus* Motion [ECF No. 44] is **GRANTED** as follows:

1.      With respect to Defendant's Interrogatory No. 9 and Request for Production No. 29, Plaintiff shall amend and/or supplement its responses to reflect the withdrawal of Plaintiff's prior objection on the basis of privileged settlement communications between Plaintiff and non-party MUR Shipping BV ("MUR") and to clarify whether any responsive documents or information are being withheld on any grounds. If Plaintiff withholds any documents based on a claim of privilege, Plaintiff shall object in its respective responses to each request and identify the withheld documents in a privilege log pursuant to the Federal Rules of Civil Procedure.

2.      With respect to Defendant's Requests for Production Nos. 3 and 10, Plaintiff shall amend and/or supplement its responses to include relevant insurance policy(ies) held by Pan Ocean. Plaintiff shall produce responsive documents, including documents reflecting claims made against Plaintiff's insurance policy and determinations made in connection with those claims. If any responsive documents are being withheld, including on the basis of work product, Plaintiff shall so indicate and identify the withheld documents in a privilege log pursuant to the Federal Rules of Civil Procedure. It is further

**ORDERED AND ADJUDGED** that the relief requested in Plaintiff's Memorandum for a Protective Order [ECF No. 41] and *Ore Tenus* Motion [ECF No. 45] is **DENIED**. Both Plaintiff's and Defendant's respective corporate representatives shall appear in person in South Florida for deposition in a place and time agreed by the parties and counsel by October 23, 2023.

Although this written Order is executed this 13th day of October 2023, the Court announced its rulings on the requested relief on the record at the Zoom Discovery hearing held October 12, 2023 [ECF No. 42], and, thus, this Order is effective as of October 12, 2023.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of October 2023.

MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record