UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20014-CIV-ALTONAGA/Damian

PAN OCEAN CO., LTD.,

    Plaintiff,
v.

WORLD FUEL SERVICES
(SINGAPORE) PTE, LTD.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On May 1, 2023, the Court entered a Scheduling Order [ECF No. 15] requiring the parties to "submit . . . proposed findings of fact and conclusions of law[.]" (*Id.* 2 (alterations added)). Plaintiff Pan Ocean Co., Ltd. filed a Notice of Plaintiff's Proposed Findings of Fact and Conclusions of Law [ECF No. 71]. Plaintiff has not, however, submitted a Word version of the proposed findings of fact and conclusions of law in accordance with the CM/ECF Administrative Procedures, as required by the Scheduling Order, and as the Undersigned reminded parties to do at Calendar Call [ECF No. 75]. Accordingly, it is

**ORDERED** that by **February 10 2024**, Plaintiff shall submit a Word version of Plaintiff's Proposed Findings of Fact and Conclusions of Law to altonaga@flsd.uscourts.gov.

**DONE AND ORDERED** in Miami, Florida, this 9th day of February, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record